UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAMELA MORGAN, | 2:11-CV-01196-PMP-PAL |
| Plaintiff, | |
| v. | ORDER |
| ELDORADO DEVELOPMENT CORP., *et al.*, | |
| Defendants. | |

Before the Court for consideration is Defendant Eldorado Development Corp, Kristen Beck, Vickie Dockery-Ruiz, and Randi Tompkins' Motion to Dismiss Plaintiff's Third, Fourth, Fifth, Sixth, Tenth and Eleventh Causes of Action (Doc. #12).

Plaintiff's Response (Doc. #14) that although discovery has not yet commenced, the allegations contained in her Complaint are sufficient to support the Causes of Action placed at issue by Defendants' Motion to Dismiss. Alternatively, Plaintiff argues that if her claims were found to be insufficient, leave to amend her complaint should be granted in accord with Rule 15 of the Federal Rules of Civil Procedure.

Having considered Defendants' fully briefed Motion and the allegations set forth in Plaintiff's Complaint, the Court finds that Plaintiff's Sixth, Tenth, and Eleventh Causes of Action fail to state claims upon which relief could be granted and that further amendment of the Complaint in regard to these particular Claims for Relief would be futile. The Court

further finds, however, that the remaining allegations in Plaintiff's Complaint are sufficient as to Plaintiff's Third, Fourth and Fifth Causes of Action.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. #12) is **GRANTED** as to Plaintiff's Sixth, Tenth and Eleventh Causes of Action, and is **DENIED** in all other respects.

DATED: December 15, 2011.

_____
PHILIP M. PRO
United States District Judge