Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Christina M. Mallatt
Nevada Bar No. 9112
christina.mallatt@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| PAMELA MORGAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO DEVELOPMENT CORP., d/b/a VACATION VILLAGE RESORTS, a Foreign Corporation; KRISTEN BECK, an Individual; VICKIE DOCKERY-RUIZ, an Individual; and RANDI TOMPKINS, an Individual,<br><br>Defendants. | Case No.: 2:11-cv-01196-PMP-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Pamela Morgan and Defendants Eldorado Development Corp., Kristen Beck, Vickie Dockery-Ruiz, and Randi Tompkins, by and through their respective counsel, that the above–entitled action be dismissed with prejudice in its entirety, each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1    IT IS SO STIPULATED:

2    Dated this 2⁷ᵗʰ day of March, 2012.           Dated this 27ᵗʰ day of March, 2012.

3    JOHN PETER LEE, LTD.                          OGLETREE, DEAKINS, NASH, SMOAK &
                                                    STEWART, P.C.
4

5

6    John C. Courtney, Esq.                        Anthony L. Martin
     Nevada Bar No.  11092                         Nevada Bar No. 8177
7    830 Las Vegas Boulevard South                 Christina M. Mallatt
     Las Vegas, Nevada 89101                       Nevada Bar No. 9112
8                                                   Wells Fargo Tower
                                                    Suite 1500
9    *Attorneys for Plaintiff*                     3800 Howard Hughes Parkway
                                                    Las Vegas, NV  89169
10

11                                                  *Attorneys for Defendants.*

12                              **ORDER**

13   **IT IS SO ORDERED.**

14   Dated this _ 28th day of March, 2012.

15

16

17                    DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

1

2       I hereby certify that I electronically transmitted the attached document to the Clerk's Office

3 using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the

4 following CM/ECF registrants:

5       JOHN C. COURTNEY, ESQ.

6       Pursuant to Fed. R. Civ. P. 5(b), I hereby further certify that service of **STIPULATION**

7 **AND ORDER FOR DISMISSAL WITH PREJUDICE** was also made by depositing a copy for

8 mailing, first class mail, postage prepaid, at Las Vegas, Nevada to the following:

9

10       John C. Courtney Esq.
John Peter Lee, Ltd. Attorneys at Law

11       830 Las Vegas Boulevard South
Las Vegas, Nevada 89101

12       *Attorneys for Plaintiff*

13       DATED this 27ᵗʰ day of March, 2012.

14

15

16       An Employee of OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

17

18

19

20 12062459.1 (OGLETREE)

21

22

23

24

25

26

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800