Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Christina M. Mallatt
Nevada Bar No. 9112
christina.mallatt@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA MORGAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO DEVELOPMENT CORP., d/b/a VACATION VILLAGE RESORTS, a Foreign Corporation; KRISTEN BECK, an Individual; VICKIE DOCKERY-RUIZ, an Individual; and RANDI TOMPKINS, an Individual,<br><br>Defendants. | Case No.: 2:11-cv-01196-PMP-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Pamela Morgan and Defendants Eldorado Development Corp., Kristen Beck, Vickie Dockery-Ruiz, and Randi Tompkins, by and through their respective counsel, that the above–entitled action be dismissed with prejudice in its entirety, each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

1    IT IS SO STIPULATED:

2    Dated this 27th day of March, 2012.                    Dated this 27th day of March, 2012.

3    JOHN PETER LEE, LTD.                                   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

6    John C. Courtney, Esq.                                 Anthony L. Martin
     Nevada Bar No. 11092                                   Nevada Bar No. 8177
7    830 Las Vegas Boulevard South                          Christina M. Mallatt
     Las Vegas, Nevada 89101                                Nevada Bar No. 9112
8                                                           Wells Fargo Tower
                                                            Suite 1500
9    *Attorneys for Plaintiff*                              3800 Howard Hughes Parkway
                                                            Las Vegas, NV  89169

                                                            *Attorneys for Defendants.*

**ORDER**

**IT IS SO ORDERED.**

Dated this _ 28th day of March, 2012.

_____
DISTRICT COURT JUDGE

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

JOHN C. COURTNEY, ESQ.

Pursuant to Fed. R. Civ. P. 5(b), I hereby further certify that service of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was also made by depositing a copy for mailing, first class mail, postage prepaid, at Las Vegas, Nevada to the following:

John C. Courtney Esq.
John Peter Lee, Ltd. Attorneys at Law
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 27th day of March, 2012.

An Employee of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

12062459.1 (OGLETREE)

3